SECOND DEPARTMENT, AUGUST, 1970

(August 12, 1970)

In the Matter of PETER F. VALLONE, Appellant, v. JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, Respondents, and HERMAN BADILLO, Respondent.—

Christ, P. J., Rabin, Munder and Brennan, JJ., concur.